IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CRIMINAL NO. 1:12CR10008-001 |
| ) | |
| ) | |
| DONALD GANTT ) | |

## ORDER

On the 16th day of October, 2012, the above styled and numbered case came before the Court for a hearing in regard to the Defendant's competency to stand trial. The Government was represented by Assistant United States Attorney Jonathan D. Ross. The Defendant was present and was represented by his attorney, Allen P. Roberts. Based upon the psychological evaluation conducted by Dr. David E. Morrow, Ph.D, Federal Bureau of Prisons Forensic Psychologist, the Court finds by a preponderance of the evidence that the Defendant is currently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 4241(d), the Defendant is hereby committed to the custody of the Attorney General or his authorized representative to hospitalize the Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a suitable probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

IT IS SO ORDERED, this 16th day of October, 2012.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**UNITED STATES DISTRICT JUDGE**